THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth Scott
 Pope a/ka Scotty, Appellant.
 
 
 

Appeal From Greenville County
  Alexander S. Macaulay, Circuit Court
Judge

Unpublished Opinion No. 2008-UP-417
 Submitted July 1, 2008  Filed July 21,
2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Assistant Deputy Attorney General Salley W. Elliott and Susan
 Olmert Porter, both of Columbia; and Solicitor Robert Mills Ariail, of
 Greenville, for Respondent.
 
 
 

PER CURIAM:  Kenneth
 Scott Pope appeals his guilty plea to two counts of trafficking methamphetamine. 
 The plea judge sentenced him to seventeen years imprisonment for each charge to
 run current.  Pope argues the plea judge erred in giving Pope an
 unconstitutionally disproportionate sentence.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), we dismiss[1] Popes appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED. 
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.